UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JASON J. ROBIDOUX, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-10020-JLT |
| | * | |
| MICHAEL MUHOLLAND and | * | |
| JAMES CORPORATION d/b/a | * | |
| JAMES CONSTRUCTION, | * | |
| | * | |
| Defendants. | * | |

ORDER

July 29, 2010

TAURO, J.

For the reasons set forth in the accompanying Memorandum, Defendants' Motion for

Summary Judgment [#17] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

United States District Judge